# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*,[1] | Case No. 18-12491 (CTG) |
| Debtors. | (Jointly Administered) |

---

| | |
|---|---|
| In re: | |
| Robert Michaelson, in his capacity as Liquidating Trustee and Debtor Representative of the Promise Healthcare Group Liquidating Trust, | |
| Plaintiff | |
| v. | Adv. Proc. No.: 23-50335 (CTG) |
| L.A. Downtown Medical Center LLC | |
| Defendant | |

---

## NOTICE OF AGENDA FOR PRETRIAL CONFERENCE
## SCHEDULED FOR ON JUNE 23, 2023 AT 10:00 A.M. (ET)

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), Success Healthcare 1, LLC (6535), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766). The mailing address for the Debtors, solely for purposes of notices and communications, is c/o FTI Consulting, Inc., 50 California Street, Suite 1900, San Francisco, CA 94111.

**THIS PRETRIAL CONFERENCE WILL BE HELD BY VIDEO VIA ZOOM THE COURT REQUIRES PARTIES TO REGISTER FOR ZOOM NO LATER THAN 4:00 P.M. THE DAY PRIOR TO THE SCHEDULED PRETRIAL CONFERENCE AT THE LINK PROVIDED BELOW.**

**REGISTRATION LINK:**

https://debuscourts.zoomgov.com/meeting/register/vJItf-GvpzkiHVstqGY1Pdy4g5mwuraVLWo

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM**

**PRETRIAL CONFERENCE:**

1. Robert Michaelson, in his capacity as Liquidating Trustee and Debtor Representative of the Promise Healthcare Group Liquidating Trust vs. L.A. Downtown Medical Center LLC [Adversary Proceeding No. 23-50335 (CTG)] (Pretrial Conference).

    **Response Deadline:** N/A

    **Related Documents:**

    A. Complaint For Damages and Injunctive Relief Against L.A. Downtown Medical Center LLC [D.I. 1; Filed 4/11/23].

    B. Second Amended Summons and Notice of Pretrial Conference in an Adversary Proceeding [D.I. 5; Filed 4/18/23].

    C. Order Approving Stipulation for Extension of Time for Defendant to Respond to Complaint [D.I. 8; Filed 5/17/23].

    D. Notice of Pretrial Conference [D.I. 10; Filed 5/24/23].

    E. L.A. Downtown Medical Center LLC's Motion to Dismiss Adversary Complaint [D.I. 12; Filed 6/1/23].

    F. Opening Brief in Support of Defendant's Motion to Dismiss [D.I. 13; Filed 6/1/23].

    G. Defendant's Answer to Adversary Complaint for Damages and Injunctive Relief [D.I. 14; Filed 6/2/23].

    H. Trustee's Memorandum in Opposition to L.A. Downtown Medical Center LLC's Partial Motion to Dismiss Adversary Complaint [D.I. 16; Filed 6/14/23].

    I. L.A. Downtown Medical Center LLC's Reply Brief for Motion to Dismiss Adversary Complaint [D.I. TBD; Filed 6/21/23].

J.    L.A. Downtown Medical Center LLC's Notice of Completion of Briefing regarding Motion to Dismiss Adversary Complaint [D.I. TBD; Filed 6/21/23].

**Status:** This matter is going forward as a pre-trial conference.

| | |
|---|---|
| Dated: June 21, 2023<br>Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br>/s/ *Stuart M. Brown*<br>Stuart M. Brown (#4050)<br>Adam J. Pié (*pro hac vice* pending)<br>Matthew S. Sarna (#6578)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: Stuart.Brown@dlapiper.com<br>       Adam.Pie@dlapiper.com<br>       Matthew.Sarna@dlapiper.com-and-<br><br>-and-<br><br>SILLS CUMMIS & GROSS P.C.<br>Andrew H. Sherman, Esq.<br>Boris I. Mankovetskiy, Esq.<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Telephone: (973) 643-7000<br>Facsimile: (973) 643-6500<br>Email: asherman@sillscummis.com<br>       bmankovetskiy@sillscummis.com<br><br>*Counsel for Plaintiff* |