# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROMISE HEALTHCARE GROUP, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12491 (CTG)<br><br>(Jointly Administered) |
| ROBERT MICHAELSON, in his capacity as LIQUIDATING TRUSTEE and DEBTOR REPRESENTATIVE of the PROMISE HEALTHCARE GROUP LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>L.A. DOWNTOWN MEDICAL CENTER LLC,<br><br>Defendant. | Adv. Proc. No. 23-50335 (CTG) |

## L.A. DOWNTOWN MEDICAL CENTER LLC'S EXHIBIT LIST FOR ORAL ARGUMENT SCHEDULED FOR OCTOBER 26, 2023 AT 10:00 A.M. (ET)

L.A. Downtown Medical Center LLC (the "Defendant") in the above-captioned cases, by and through its undersigned counsel, hereby files the following exhibit list (the "Exhibit List") in connection with the oral argument scheduled for October 26, 2023 at 10:00 a.m. (ET) (the "Oral Argument") before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**EXHIBIT LIST**

| Exhibit No. | Docket No. / Bates No. | Description |
|---|---|---|
| 1 | Adv. Docket No. 1-2 | Asset Purchase Agreement |
| 2 | Adv. Docket No. 1-3 | Second Amendment to Asset Purchase Agreement |
| 3 | Adv. Docket No. 1-4 | Non-Negotiable Subordinated Promissory Note |
| 4 | Adv. Docket No. 1-5 | Buyer's August 22, 2019 Report |
| 5 | Adv. Docket No. 1-6 | Sellers' Objection Notice Dated October 31, 2019 |
| 6 | Adv. Docket No. 1-7 | Sellers' Offset Objections Dated December 22, 2020 |
| 7 | Adv. Docket No. 1-8 | Trust's Objection to Offset and Demand for Accounting of the Escrow Account Dated March 22, 2022 |
| 8 | Adv. Docket No. 1-9 | Sellers' Notice of Buyer's Default Dated November 3, 2022 |

**RESERVATION OF RIGHTS**

The Defendant reserves the right to amend and/or supplement this initial Exhibit List at any time prior to the Oral Argument. The Defendant also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other party in interest and (ii) any pleading, hearing transcript, order, or other document. The Defendant further reserves the right to use demonstratives.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: October 24, 2023<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Jesse L. Noa*<br>Jeremy W. Ryan (No. 4057)<br>Jesse L. Noa (No. 5973)<br>Hannah L. Paxton (No. 7096)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>      jnoa@potteranderson.com<br>      hpaxton@potteranderson.com<br><br>*Attorneys for Defendant* |