**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PROMISE HEALTHCARE GROUP, LLC *et al.* | : | Case No. 18-12491 (CTG) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| ------------------------------------------------- x | | |
| | : | |
| ROBERT MICHAELSON, in his capacity as LIQUIDATING TRUSTEE and DEBTOR REPRESENTATIVE of the PROMISE HEALTHCARE GROUP LIQUIDATING TRUST | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| L.A. DOWNTOWN MEDICAL CENTER LLC | : | ADV. NO. 23-50335 (CTG) |
| Defendant. | : | |
| ------------------------------------------------- x | | |

**TRUSTEE'S EXHIBIT LIST**

Plaintiff, Robert Michaelson, solely in his capacity as debtor representative and liquidating trustee of the Promise Healthcare Group Liquidating Trust (the "**Trustee**" or "**Plaintiff**" and Promise Healthcare Group Liquidating Trust, the "**Trust**") duly appointed post-confirmation in the chapter 11 cases of Promise Healthcare Group, LLC (together with its affiliated debtors, the "**Debtors**"), by and through his undersigned counsel, hereby files this Exhibit List in connection with the hearing scheduled for October 26, 2023, at 10:00 a.m. (ET) (the "*Hearing*") before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**EXHIBIT LIST**

The Trustee may rely on the following exhibits at the Hearing:

| Exhibit No. | Description | Docket No. / Bates No. |
|---|---|---|
| 1 | Silver Lake Asset Purchase Agreement | Adv. Dkt. No. 1-2 |
| 2 | Silver Lake Second Amendment to Asset Purchase Agreement | Adv. Dkt. No. 1-3 |
| 3 | Silver Lake Promissory Note | Adv. Dkt. No. 1-4 |
| 4 | Buyer's August 22, 2019 Report | Adv. Dkt. No. 1-5 |
| 5 | Sellers' Objection Notice Dated October 31, 2019 | Adv. Dkt. No. 1-6 |
| 6 | Sellers' Offset Objections Dated December 22, 2020 | Adv. Dkt. No. 1-7 |
| 7 | Trustee's Objection to Offset and Demand for Accounting of the Escrow Account Dated March 22, 2020 | Adv. Dkt. No. 1-8 |
| 8 | Sellers' Notice of Buyer's Default Dated November 3, 2022 | Adv. Dkt. No. 1-9 |
| 9 | Silver Lake Escrow Agreement | Adv. Dkt. No. 1-10 |

The Trustee reserves the right to ask the Court to take judicial notice of pleadings, transcripts, or other relevant filings in the Chapter 11 bankruptcy docket and to supplement or amend this Exhibit List at any time prior to the Hearing. The Trustee further reserves the right to rely upon and use as evidence exhibits included on the exhibit lists of any other party in interest, now or amended.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: October 24, 2023<br>Wilmington, Delaware | Respectfully submitted,<br>DLA PIPER LLP (US)<br><br>/s/ *Stuart M. Brown*<br>Stuart M. Brown (#4050)<br>Adam J. Pié (admitted *pro hac vice*)<br>Matthew S. Sarna (#6578)<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: Stuart.Brown@dlapiper.com<br>          Adam.Pie@dlapiper.com<br>          Matthew.Sarna@dlapiper.com<br><br>-and-<br><br>SILLS CUMMIS & GROSS P.C.<br>Andrew H. Sherman, Esq. (admitted *pro hac vice*)<br>Boris I. Mankovetskiy, Esq. (admitted *pro hac vice*)<br>The Legal Center One<br>Riverfront Plaza<br>Newark, NJ 07102<br>Telephone: (973) 643-7000<br>Facsimile: (973) 642-6500<br>Email: asherman@sillscummis.com<br>          bmankovetskiy@sillscummis.com<br><br>*Attorneys for Plaintiff* |